Eric WEST *v.* STATE of Arkansas

CR 95-786                                       905 S.W.2d 69

Supreme Court of Arkansas
Opinion delivered September 11, 1995

*Jeffrey H. Kearney*, for appellant.

No response.

PER CURIAM. Eric West, by his attorney, Jeffery H. Kearney, has filed a motion for a rule on the clerk. His attorney admits by motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). The motion is, therefore, granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.